# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604

March 29, 2013

JOEL M. FLAUM, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

<table>
<tr><td>UNITED STATES OF AMERICA,</td><td>Appeal from the United States District</td></tr>
<tr><td style="text-align:center">*Plaintiff-Appellee,*</td><td>Court for the Northern District of Illinois,<br>Eastern Division.</td></tr>
<tr><td>No. 12-2484      v.</td><td></td></tr>
<tr><td></td><td>No. 11 CR 517</td></tr>
<tr><td>OLLIE PETERSON,</td><td></td></tr>
<tr><td style="text-align:center">*Defendant-Appellant.*</td><td>James B. Zagel,<br>*Judge.*</td></tr>
</table>

O R D E R

The opinion issued in the above-entitled case on March 28, 2013, is hereby amended as follows:

On page 9, line 6, the second "to the" should be removed from the sentence.

The sentence should read:  "There, we explained that the defendant could have raised his objection to the probation officer's recommendation before sentencing, during the sentencing hearing, or in a post-sentencing motion."